UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISMAEL JIMENEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID Y TSAI, et al.,<br><br>　　　　Defendants. | Case No. 5:16-cv-04434-EJD (HRL)<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 1**<br><br>Re: Dkt. No. 70 |

　　　　In Discovery Dispute Joint Report ("DDJR") #1, the defendants seek an order authorizing them to take over 30 depositions, a number far above the presumptively-sufficient 10 depositions allowed by Fed. R. Civ. P. 30(a)(2). Defendants have not yet taken any depositions. Plaintiffs oppose the request.

　　　　Today, the presiding judge conducted with counsel a telephonic discovery conference which focused on the issue presented in DDJR #1. The upshot was that defendants were permitted 15 depositions, to commence forthwith. If defendants want more, they should bring their request to this court in accordance with its Standing Order on Civil Discovery Disputes.

　　　　This court believes that no such request should be brought by defendants until most, if not all, of the 15 allowed depositions have been taken. If this court were to grant such a request, it would need to be based on a detailed, particularized, and persuasive showing of a need for more. Defendants' showing in DDJR #1 is insufficient.

DDJR #1 is terminated, without prejudice.

SO ORDERED.

Dated: August 3, 2017

HOWARD R. LLOYD
United States Magistrate Judge