**HOUSING RIGHTS CENTER**
D. Scott Chang #146403
Azadeh Hosseinian #306141
3255 Wilshire Blvd., Suite 1150
Los Angeles, California 90010
Telephone: (213) 387-8400 ext. 1116
Facsímile:  (213) 381-8555
schang@housingrightscenter.org

**NATIONAL FAIR HOUSING ALLIANCE**
Morgan Williams
1101 Vermont Ave., N.W. Suite 710
Washington, D.C. 20005
(202) 898-1661
mwilliams@nationalfairhousing.org

Attorneys for Amici Curiae
NATIONAL FAIR HOUSING ALLIANCE; HOUSING RIGHTS CENTER; EDEN COUNCIL FOR HOPE AND OPPORTUNITY; FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA; FAIR HOUSING COUNCIL OF ORANGE COUNTY; FAIR HOUSING COUNCIL OF RIVERSIDE, INC.; FAIR HOUSING COUNCIL OF THE SAN FERNANDO VALLEY; FAIR HOUSING FOUNDATION; FAIR HOUSING NAPA VALLEY and INLAND FAIR HOUSING & MEDIATION BOARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ISMAEL JIMENEZ, YOLANDA JIMENEZ, ANGELES JIMENEZ, ANTONIO JIMENEZ, CARMENTINA HERRERA, LUIS ALVAREZ, EBARISTO ALAVEZ, JOSEFA JIMENEZ, JESUCITA ORTIZ, RODOLFO ROBLES, and PROJECT SENTINEL, a California non-profit corporation, on behalf of itself and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID TSAI, UNDINE TSAI, and SHANG SHEN,<br><br>Defendants | CASE NO. 5:16-CV-4434-EJD<br><br>NATIONAL FAIR HOUSING ALLIANCE; HOUSING RIGHTS CENTER; EDEN COUNCIL FOR HOPE AND OPPORTUNITY; FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA; FAIR HOUSING COUNCIL OF ORANGE COUNTY; FAIR HOUSING COUNCIL OF RIVERSIDE, INC.; FAIR HOUSING COUNCIL OF THE SAN FERNANDO VALLEY; FAIR HOUSING FOUNDATION; FAIR HOUSING NAPA VALLEY and INLAND FAIR HOUSING & MEDIATION BOARD'S MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE |

- 1 -

NATIONAL FAIR HOUSING ALLIANCE ET AL.'S MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE
*JIMENEZ V. TSAI* CASE NO. 5:16-CV-4434-EJD

**INTRODUCTION**

Under Civil Local Rule 7-11, the National Fair Housing Alliance, Housing Rights Center, Eden Council for Hope & Opportunity; Fair Housing Advocates of Northern California, Fair Housing Council of Orange County, Fair Housing Council of Riverside County, Inc., Fair Housing Council of the San Fernando Valley, Fair Housing Foundation, Fair Housing Napa Valley and Inland Fair Housing & Mediation Board respectfully move for leave to file a brief as amici curiae in support of Plaintiff Project Sentinel's opposition to Defendants' motion to dismiss. The Defendants have refused to stipulate to the filing of this brief of amici curiae, as described in the Declaration from Project Sentinel's counsel attached as Exhibit 2.

**IDENTIFY AND INTEREST OF AMICI CURIAE**

The National Fair Housing Alliance, Inc. ("NFHA") is a non-profit corporation that is dedicated to ending discrimination in housing. NFHA represents approximately 75 private, non-profit fair housing organizations throughout the country. NFHA and its members work to ensure equal housing opportunities for all people in their communities and engage in efforts to end segregation. They regularly educate the housing, lending and insurance industries to comply with the Fair Housing Act, accept complaints and investigate complaints alleging housing discrimination, and participate as plaintiffs in federal and state court litigation brought under federal and state fair housing laws.

Located in Los Angeles, the Housing Rights Center is the largest organization in California dedicated to ending housing discrimination and a member of NFHA. To achieve its goal of ending housing discrimination, the Housing Rights Center actively promotes and supports fair housing in the communities it serves through education, advocacy, and enforcement.

Eight other NFHA members located in California propose to join NFHA and Housing Rights Center as amici curiae. Eden Council for Hope & Opportunity; Fair Housing Advocates of Northern California (formerly Fair Housing of Marin), Fair Housing Council of Orange County, Fair Housing Council of Riverside County, Inc., Fair Housing

Council of the San Fernando Valley, Fair Housing Foundation, Fair Housing Napa Valley and Inland Fair Housing and Mediation Board ("Amici") are non-profit, community fair housing organizations located in communities throughout California.

Relying on the Fair Housing Act and standing decisions interpreting it, NFHA and its members have undertaken important enforcement initiatives as organizational plaintiffs throughout California.

## REASONS WHY LEAVE SHOULD BE GRANTED

District courts have "broad discretion" to appoint amici curiae. *Hoptowit v. Ray*, 682 F. 2d 1237, 1260 (9th Cir. 1982). Courts generally exercise this discretion liberally as "'there are no strict prerequisites that must be established prior to qualifying for amicus status.'" *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 U.S. Dist. LEXIS 4467, at *8 (N.D. Cal. Jan. 9, 2007)(quoting *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991)). The only criterion is that an applicant "'must merely make a showing that his participation is useful or otherwise desirable to the court.'" *Id*. "District Courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005)(quoting *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C 2003)). If permitted to file, Amici will fulfill "the classic role of amicus curiae by assisting in a case of general public interest [] [and] supplementing the efforts of counsel[.]" *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

The court should exercise its discretion and permit Amici to file the attached brief of Amici Curiae. Counsel for Amici is familiar with the scope of the arguments presented by the parties and will not unduly repeat those arguments. Amici's brief will instead supplement the briefing of the parties. Amici's brief will describe the role of fair hosing organizations and their importance in the enforcement of the Fair Housing Act, discuss the

1  seminal Ninth Circuit cases establishing organizational standing in greater detail and
2  describe why Project Sentinel has met the pleading standard for organizational standing at
3  the pleading stage by comparing Project Sentinel's allegations regarding standing to the
4  allegations in Ninth Circuit and California district court standing cases.

## CONCLUSION

6  For the foregoing reasons, Amici respectfully request that the court grant them leave
7  to file the attached brief of Amici Curiae attached as Exhibit 1.

8  Dated: September 8, 2017

Respectfully Submitted,

D. SCOTT CHANG
AZADEH HOSSEINIAN
HOUSING RIGHTS CENTER

MORGAN WILLIAMS
NATIONAL FAIR HOUSING ALLIANCE

By      /s/ D. Scott Chang
        D. Scott Chang

Attorneys for Amici Curiae
NATIONAL FAIR HOUSING ALLIANCE; HOUSING RIGHTS CENTER; EDEN COUNCIL FOR HOPE AND OPPORTUNITY; FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA; FAIR HOUSING COUNCIL OF ORANGE COUNTY; FAIR HOUSING COUNCIL OF RIVERSIDE, INC.; FAIR HOUSING COUNCIL OF THE SAN FEERNANDO VALLEY; FAIR HOUSING FOUNDATION; FAIR HOUSING NAPA VALLEY and INLAND FAIR HOUSING & MEDIATION BOARD