**HOUSING RIGHTS CENTER**
D. Scott Chang #146403
Azadeh Hosseinian #306141
3255 Wilshire Blvd., Suite 1150
Los Angeles, California 90010
Telephone: (213) 387-8400 ext. 1116
Facsimile: (213) 381-8555
schang@housingrightscenter.org

**NATIONAL FAIR HOUSING ALLIANCE**
Morgan Williams
1101 Vermont Ave., N.W. Suite 710
Washington, D.C. 20005
Telephone: (202) 898-1661
mwilliams@nationalfairhousing.org

ATTORNEYS FOR AMICI CURIAE
NATIONAL FAIR HOUSING ALLIANCE; HOUSING RIGHTS CENTER; EDEN COUNCIL FOR HOPE AND OPPORTUNITY; FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA; FAIR HOUSING COUNCIL OF ORANGE COUNTY; FAIR HOUSING COUNCIL OF RIVERSIDE, INC.; FAIR HOUSING COUNCIL OF THE SAN FERNANDO VALLEY; FAIR HOUSING FOUNDATION; FAIR HOUSING NAPA VALLEY AND INLAND FAIR HOUSING & MEDIATION BOARD

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ISMAEL JIMENEZ, YOLANDA JIMENEZ, ANGELES JIMENEZ, ANTONIO JIMENEZ, CARMENTINA HERRERA, LUIS ALVAREZ, EBARISTO ALAVEZ, JOSEFA JIMENEZ, JESUCITA ORTIZ, RODOLFO ROBLES, and PROJECT SENTINEL, a California non-profit corporation, on behalf of itself and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID TSAI, UNDINE TSAI, and SHANG SHEN,<br><br>Defendants. | CASE NO. 5:16-CV-4434-EJD<br><br>**NOTICE OF ERRATA RE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' PROJECT SENTINEL'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

1    **PLEASE TAKE NOTICE** that Counsel for Plaintiffs inadvertently uploaded the
2    incorrect Brief of Amici Curiae referred to as Docket No. 85-1 to their Motion for Leave to File
3    Brief as Amici Curiae in the CM/ECF Court Docket.  Counsel hereby resubmits its Brief of
4    Amici Curiae in its correct form attached hereto as Exhibit "1."  The corrected version of the
5    brief corrects errors in formatting and errors in the Table of Contents and Table of Authorities.
6    No substantive changes were made to the substance of the proposed brief of Amici Curiae.
7    Counsel asks that the Court omit Docket 85-1 (filed on September 9, 2017) and replace the Brief
8    with the attached Exhibit "1".  All other aspects of the Motion and its corresponding Exhibits
9    remain the same.

10    Dated:  September 13, 2017                         Respectfully Submitted,

D. SCOTT CHANG
AZADEH HOSSEINIAN
HOUSING RIGHTS CENTER

MORGAN WILLIAMS
NATIONAL FAIR HOUSING ALLIANCE

_____
D. SCOTT CHANG

Attorneys for Amici Curiae
NATIONAL FAIR HOUSING ALLIANCE;
HOUSING RIGHTS CENTER; EDEN
COUNCIL FOR HOPE AND
OPPORTUNITY; FAIR HOUSING
ADVOCATES OF NORTHERN
CALIFORNIA; FAIR HOUSING COUNCIL
OF ORANGE COUNTY; FAIR HOUSING
COUNCIL OF RIVERSIDE, INC.; FAIR
HOUSING COUNCIL OF THE SAN
FERNANDO VALLEY; FAIR HOUSING
FOUNDATION; FAIR HOUSING NAPA
VALLEY and INLAND FAIR HOUSING &
MEDIATION BOARD