Annette D. Kirkham (SBN: 217958) / annettek@lawfoundation.org
Diana E. Castillo (SBN: 237281) / dianac@lawfoundation.org
Nadia Aziz (SBN: 252966) / nadia.aziz@lawfoundation.org
Matthew Warren (SBN: 305422) /matthew.warren@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
152 North Third Street, 3rd Floor
San Jose, CA 95112
Telephone: (408) 280-2411 ** Facsimile: (408) 293-0106

Michael Headley (SBN: 220834) / headley@fr.com
Dalia B. Kothari (SBN: 299867) / kothari@fr.com
Andrew M. Goldberg (SBN: 307254) / goldberg@fr.com
Alana C. Mannigé (SBN 313341) / mannige@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070 ** Facsimile: (650) 839-5071

Attorneys for Plaintiffs ISMAEL JIMENEZ, YOLANDA JIMENEZ, ANGELES JIMENEZ, ANTONIO JIMENEZ, CARMENTINA HERRERA, LUIS ALVAREZ, EBARISTO ALAVEZ, JOSEFA JIMENEZ, JESUCITA ORTIZ, RODOLFO ROBLES, and PROJECT SENTINEL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
(SAN JOSE DIVISION)

| | |
|---|---|
| ISMAEL JIMENEZ, YOLANDA JIMENEZ, ANGELES JIMENEZ, ANTONIO JIMENEZ, CARMENTINA HERRERA, LUIS ALVAREZ, EBARISTO ALAVEZ, JOSEFA JIMENEZ, JESUCITA ORTIZ, RODOLFO ROBLES, and PROJECT SENTINEL, a California non-profit corporation, on behalf of itself and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID TSAI, UNDINE TSAI, and SHANG SHEN,<br><br>Defendants. | **Case No. 5:16-CV-4434-EJD**<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>United States District Court Judge<br>Hon. Edward J. Davila |

Case No.5:16-CV-4434-EJD

NOTICE OF CHANGE OF COUNSEL

TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that KYRA A. KAZANTZIS hereby withdraws as attorney of record for Plaintiffs ISMAEL JIMENEZ, YOLANDA JIMENEZ, ANGELES JIMENEZ, ANTONIO JIMENEZ, CARMENTINA HERRERA, LUIS ALVAREZ, EBARISTO ALAVEZ, JOSEFA JIMENEZ, JESUCITA ORTIZ, RODOLFO ROBLES, and PROJECT SENTINEL, on behalf of itself and the General public, in this action. Counsel of record for Plaintiffs otherwise remains the same.

Dated: October 18, 2017

LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT

/s/ Nadia Aziz
Nadia Aziz
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that this document, and any exhibits and attachments thereto, has been filed through the CM/ECF system, so as to result in service upon all participants registered as ECF users by transmission of a Notice of Electronic Filing (NEF).

Dated: October 18, 2017      /s/ Nadia Aziz
                             Nadia Aziz

Case No.5:16-CV-4434-EJD
NOTICE OF CHANGE OF COUNSEL