UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ISMAEL JIMENEZ, et al., <br>     Plaintiffs, <br> v. <br> DAVID Y. TSAI, et al., <br>     Defendants. | Case No. 5:16-cv-04434-EJD <br><br> **ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT** |

Based upon the parties' Joint Statement dated July 2, 2018, the status conference re settlement scheduled for July 12, 2018 is continued to 10:00 a.m. on September 13, 2018. The parties shall file a joint status conference statement or a dismissal no later than September 3, 2018. If a dismissal is filed, the status conference will be vacated automatically and no appearances will be necessary.

**IT IS SO ORDERED.**

Dated: July 3, 2018

EDWARD J. DAVILA
United States District Judge

CASE NO.: 5:16-CV-04434-EJD
ORDER CONTINUING STATUS CONFERENCE
1