LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
ANNETTE D. KIRKHAM, SB# 217958
  Email: annettek@lawfoundation.org
NADIA AZIZ, SB# 252966
  Email: nadia.aziz@lawfoundation.org
MATTHEW WARREN, SB# 305422
  Email: matthew.warren@lawfoundation.org
152 North Third Street, 3rd Floor
San Jose, California 95112
Telephone:   408.280-2411
Facsimile:   408.293-0106

Attorneys for Plaintiffs ISMAEL JIMENEZ,
YOLANDA JIMENEZ, ANGELES JIMENEZ,
ANTONIO JIMENEZ, CARMENTINA
HERRERA, EBARISTO ALAVEZ, JOSEFA and
PROJECT SENTINEL

LEWIS BRISBOIS BISGAARD & SMITH LLP
GLENN A. FRIEDMAN, SB# 104442
  Email: Glenn.Friedman@lewisbrisbois.com
PAUL A. DESROCHERS, SB# 214855
  Email: Paul.Desrochers@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone:   415.362.2580
Facsimile:   415.434.0882

Attorneys for Defendants
DAVID TSAI, UNDINE TSAI and SHANG SHEN

**APPROVED**
Judge Edward J. Davila
9/20/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ISMAEL JIMENEZ, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>DAVID TSAI, et al.,<br><br>   Defendants. | CASE NO. 5:16-cv-04434-EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**:

IT IS HEREBY STIPULATED by and between Plaintiffs ISMAEL JIMENEZ, YOLANDA JIMENEZ, ANGELES JIMENEZ, ANTONIO JIMENEZ, CARMENTINA HERRERA, EBARISTO ALAVEZ, JOSEFA JIMENEZ, JESUCITA ORTIZ, RODOLFO ROBLES, and PROJECT SENTINEL ("Plaintiffs") and Defendants DAVID TSAI, UNDINE TSAI and SHANG SHEN (collectively, "Defendants") by and through their respective attorneys of record that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each side will be responsible for and bear its own costs, expenses, and attorney's fees.

**IT IS SO STIPULATED.**

Respectfully Submitted:

DATED: September 11, 2018  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Paul A. Desrochers
Paul A. Desrochers
Attorneys for Defendants
DAVID TSAI, UNDINE TSAI and SHANG SHEN

DATED: September 11, 2018  LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT and
FISH & RICHARDSON P.C

By: /s/ Annette D. Kirkham
Annette D. Kirkham
Attorneys for Plaintiffs ISMAEL JIMENEZ, YOLANDA JIMENEZ, ANGELES JIMENEZ, ANTONIO JIMENEZ, CARMENTINA HERRERA, EBARISTO ALAVEZ, JOSEFA JIMENEZ, JESUCITA ORTIZ, RODOLFO ROBLES, and PROJECT SENTINEL